Case 2:07-cv-04505-PGS-ES   Document 32   Filed 01/06/09   Page 1 of 1 PageID: 235
12/31/2008  13:48 FAX 9032845853   LIEBERMAN RYAN
Case 2:07-cv-04505-PGS-ES   Document 31   Filed 01/05/2009   Page 1 of 1   ☒001

17-DEC-08  03:58PM  FROM-                                T-344  P.005/006  F-588

#242-9720
O'CONNOR KIMBALL LLP
BY: JOHN F. DONEGAN, JR., ESQUIRE
Commerce Center, Suite 130
1810 Chapel Avenue West
Cherry Hill, NJ 08002-4607
856-663-9292
Attorney for Defendant, Nealy Foods, Inc.

| | |
|---|---|
| CYNTHIA ORENSTEIN and KENNETH ORENSTEIN<br>Plaintiffs<br>vs.<br>CHEESECAKE FACTORY INC.; SYSCO CORPORATION and/or its subsidiaries affiliates & divisions; SYSCO FOOD SERVICES OF LOS ANGELES and/or its subsidiaries, affiliate & divisions; SYSCO FOOD SERVICES OF CT and/or its subsidiaries, affiliates, & divisions; NEALY FOODS, INC.; JOHN DOES 1-10 (fictitious names of unknown employees and/or entities); JOHN DOES 11-15 (fictitious names of unknown manufacturers, designers, distributors, assemblers of food item)<br>Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 07-CV-4505 (PGS)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party.

O'CONNOR KIMBALL LLP

BY: _____
JOHN F. DONEGAN, JR.
Attorney for Defendants

Dated: 1/5/09

LIEBERMAN RYAN FORREST & VOORHEES

By: _____
ROBERT J. FORREST
Attorney for Plaintiff

SO ORDERED: _____
DATED: 1/6/09